IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Coleman, Sidney G

Printed: 01/06/09

Case Number: 07 B 01695
Judge: Wedoff, Eugene R
Filed: 2/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 13, 2008
Confirmed: March 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,118.20 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,997.65 |
| Trustee Fee: |  | 120.55 |
| Other Funds: |  | 0.00 |
| Totals: | 2,118.20 | 2,118.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,806.33 | 1,997.65 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 353.50 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 48.46 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 52.28 | 0.00 |
| 5. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 6. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 7. | Beneficial Illinois Inc | Unsecured |  | No Claim Filed |
| 8. | American Collection Corp | Unsecured |  | No Claim Filed |
| 9. | Comcast | Unsecured |  | No Claim Filed |
| 10. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 11. | ICS | Unsecured |  | No Claim Filed |
| 12. | ICS | Unsecured |  | No Claim Filed |
| 13. | ICS | Unsecured |  | No Claim Filed |
| 14. | ICS | Unsecured |  | No Claim Filed |
| 15. | IHC-St. Francis Emergency Physicians | Unsecured |  | No Claim Filed |
| 16. | M3 Financial Services | Unsecured |  | No Claim Filed |
| 17. | Omni Credit Service | Unsecured |  | No Claim Filed |
| 18. | Linebarger Goggan Blair & Simpson | Unsecured |  | No Claim Filed |
| 19. | Simon McClosky & Scovell | Unsecured |  | No Claim Filed |
| 20. | Omni Credit Service | Unsecured |  | No Claim Filed |
| 21. | Omni Credit Service | Unsecured |  | No Claim Filed |
| 22. | Omni Credit Service | Unsecured |  | No Claim Filed |
| 23. | Omni Credit Service | Unsecured |  | No Claim Filed |
| 24. | Omni Credit Service | Unsecured |  | No Claim Filed |
| 25. | Receivables Performance | Unsecured |  | No Claim Filed |
| 26. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Coleman, Sidney G

Printed: 01/06/09

Case Number:  07 B 01695
Judge:  Wedoff, Eugene R
Filed:  2/1/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Medical Collections | Unsecured | | No Claim Filed |
| 28. Resurgent Capital Services | Unsecured | | No Claim Filed |
| 29. St Francis Hospital | Unsecured | | No Claim Filed |
| 30. Sprint | Unsecured | | No Claim Filed |
| 31. OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| | | $ 3,260.57 | $ 1,997.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 84.11 |
| 6.5% | 36.44 |
| | $ 120.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

